**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| EMILIA VELASQUEZ-GASPAR,<br>*Petitioner*,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General,<br>*Respondent.* | No. 17-71964<br><br>Agency No.<br>A200-903-039<br><br>ORDER |

Filed January 25, 2022

Before:  Richard A. Paez, Consuelo M. Callahan, and Lawrence J. VanDyke, Circuit Judges.

## ORDER

The full court was advised of the petition for rehearing en banc.  A judge requested a vote on whether to rehear the matter en banc.  The matter failed to receive a majority of the votes of the nonrecused active judges in favor of en banc consideration. Fed. R. App. P. 35.

The petition for rehearing en banc is **DENIED**.